**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   KEVIN A. SHERMAN, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-17043 ELF |

# O R D E R

**AND NOW,** upon consideration of the Supplemental Application for Compensation filed by the Debtor's counsel ("the Application") (Doc. # 105), and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Application is **DENIED.**

Date: March 3, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**